IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

EDWARD NATHANIEL REESE,         )
                                )
            Petitioner,          )
                                )
      v.                         )      1:13CV149
                                )
                                )
OLIVER WASHINGTON, Administrator,)
Warren Correctional Institution,[1]   )
                                )
            Respondent.          )

ORDER

On September 8, 2014, the United States Magistrate Judge's Recommendation was filed and notice was served on Petitioner pursuant to 28 U.S.C. § 636. Petitioner filed objections [Doc. #20] to the Recommendation within the time limit prescribed by Section 636. The Court has reviewed Petitioner's objections *de novo* and finds they do not change the substance of the United States Magistrate Judge's Recommendation [Doc. #18], which is affirmed and adopted.

IT IS THEREFORE ORDERED that Respondent's Motion for Summary Judgment [Doc. #9] is GRANTED, the Petition [Doc. #1] is DENIED, and this action is DISMISSED, and that, finding no substantial issue for appeal concerning the denial of a constitutional right

---

[1] Respondent has noted that on or about May 29, 2014, Petitioner was transferred from Harnett Correctional Institution to Warren Correctional Institution. Respondent agrees that Petitioner's current custodian, and thus now the proper respondent to this action, is Oliver Washington, Administrator of Warren Correctional Institution.

affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is DENIED.

This, the 25th day of September, 2014.

/s/ James A. Beaty
United States District Judge